IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

            Plaintiff,

ORDER

03-cr-40-bbc
10-cv-419-bbc

    v.

GREGORY J. PHILLIPS,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Defendant Gregory Phillips has filed a motion for post conviction relief under 28 U.S.C. § 2255, seeking a reduction in the sentence imposed on him on August 20, 2003.

    Defendant filed a motion for post conviction relief in August 2004. Once defendant filed a motion for post conviction relief, he lost his right to file any successive motion unless he obtained certification from a panel of the Court of Appeals for the Seventh Circuit. 28 U.S.C. § 2255 ¶8. He has not obtained the necessary certification. Therefore, his motion must be dismissed without consideration of its untimeliness or the merits of the claim.

1

Copy of this document has been provided to: Defendant
this 28 day of JL, 2010
by S. Vogel
S. Vogel, Secretary to
Judge Barbara B. Crabb

ORDER

IT IS ORDERED that defendant Gregory Phillips's motion for vacation of his sentence pursuant to 28 U.S.C. § 2255 is DISMISSED because this court lacks the authority to entertain it.

Entered this  27th  day of July, 2010.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
District Judge